UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:17-cr-71-T-23 AEP
     18 U.S.C. § 1503

LINDSEY HEIM

### INFORMATION

The United States Attorney charges:

### COUNT ONE

On or about December 7, 2015, in the Middle District of Florida and elsewhere, the defendant,

LINDSEY HEIM,

did corruptly influence, obstruct, and impede and endeavor to influence, obstruct, and impede the due administration of justice by relocating proceeds of fraud from a bank account at Chase Bank opened in the name of Assurance Capital Management, knowing that such funds were the proceeds of a fraud scheme then under investigation by a federal grand jury in the Middle District of Florida and the Federal Bureau of Investigation.

In violation of Title 18, United States Code, Section 1503.

## FORFEITURE

1. The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. Upon conviction of a violation of Title 18, United States Code, Section 1503, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A. LEE BENTLEY, III
United States Attorney

By: /s/ Amanda L. Riedel
Amanda L. Riedel
Assistant United States Attorney

By: /s/ Simon A. Gaugush
Simon A. Gaugush
Assistant United States Attorney
Chief, Economic Crimes Section